UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHELSEY HARRIS,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/30/2024

24 Cr. 541 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold an initial conference in this matter on **October 15, 2024**, at **4:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 30, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge