UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN *et al.*,

Defendants.

24 Cr. 541 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed defendants McBean's and Harris's motions to suppress, *see* Dkts. 70, 71, and the Government's response, *see* Dkt. 74. The Court directs each defendant to submit a brief letter-reply, limited to the issue of whether there are facts in dispute on which the motion to suppress could potentially turn, so as to justify an evidentiary hearing. These letter-replies, which should specify the area(s) of factual dispute and their relevance to the pending suppression motions, are due Monday, March 10, 2025. The Court's deputy will separately contact counsel to set aside date(s) for potential suppression hearings in the event that the Court concludes that a hearing is merited

SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2025
New York, New York