

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2025

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Dajahn McBean, et al.*, No. S2 24 Cr. 541 (PAE)

Dear Judge Engelmayer:

    The Government writes respectfully to inform the Court that the Department of Justice has reviewed the prior Administration's decision not to seek the death penalty against Chelsey Harris and has authorized this Office to continue not to seek the death penalty against her. The Government has already notified defense counsel of this development.

    The Department of Justice is still in the process of reviewing the prior Administration's decision not to seek the death penalty against Karl Smith. The Department of Justice is still in the process of deciding whether to seek the death penalty against Dajahn McBean.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

By:    /s/
    Ryan W. Allison
    Andrew K. Chan
    Dominic Gentile
    Assistant United States Attorneys
    Tel: 212-637-2474 / -1072 / -2567

cc:    Counsel of Record (via ECF)