UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAJAHN MCBEAN,
   a/k/a "Jeezy Mula,"
   a/k/a "Freeze,"
KARL SMITH,
   a/k/a "Pacavell,"
CHELSEY HARRIS,
   a/k/a "Ms. Chinn," and
JULISSA BARTHOLOMEW,
   a/k/a "Trophy,"
   a/k/a "Tactical Mommy,"

                   Defendants.

**SUPERSEDING INDICTMENT**

S3 24 Cr. 541 (PAE)

## COUNT ONE
### (Murder-for-Hire Conspiracy Resulting in Personal Injury and Death)

The Grand Jury charges:

1. In or about December 2023, in the Southern District of New York and elsewhere, DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," KARL SMITH, a/k/a "Pacavell," and CHELSEY HARRIS, a/k/a "Ms. Chinn," the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to travel in and cause another person to travel in interstate and foreign commerce, and to use and cause another person to use the mail and a facility of interstate and foreign commerce, with intent that a murder be committed in violation of the laws of a State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, which resulted in personal injury to one person and the death of another person, to wit, MCBEAN, SMITH, HARRIS, and others used cellphones, among other means, to conspire to lure

an individual ("Victim-1") to multiple locations in New York City where Victim-1 could be shot, and on or about December 26, 2023—at a nightclub where HARRIS had lured Victim-1 in exchange for cash payment from MCBEAN and others—gunmen shot and injured Victim-1 and killed Clarisa Burgos, who was with Victim-1.

(Title 18, United States Code, Section 1958.)

## COUNT TWO
### (Stalking Resulting in Life Threatening Bodily Injury and Death)

The Grand Jury further charges:

2.  From at least in or about December 2023 through at least in or about June 2024, in the Southern District of New York and elsewhere, DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," KARL SMITH, a/k/a "Pacavell," CHELSEY HARRIS, a/k/a "Ms. Chinn," and JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendants, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and another facility of interstate and foreign commerce, to engage in a course of conduct that placed that person in reasonable fear of the death of and serious bodily injury to a person, and that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to that person, and aided and abetted the same, which resulted in life threatening bodily injury to one person ("Victim-1") and the death of Clarisa Burgos in or around December 2023, and which resulted in serious bodily injury to Victim-1 and involved an offender using a dangerous weapon during the offense in or around June 2024, to wit, MCBEAN, SMITH, HARRIS, BARTHOLOMEW, and others used cellphones, among other means, to: (1) conspire to lure Victim-1 to multiple locations in New York City where Victim-1 could be shot, and on or about December 26, 2023—at a nightclub

where HARRIS had lured Victim-1—gunmen shot and injured Victim-1 and killed Clarisa Burgos, who was with Victim-1; and (2) conspire to intimidate and harass Victim-1 in or around June 2024 by obtaining and posting a video to social media of Victim-1 being assaulted and slashed while incarcerated at a federal detention center.

(Title 18, United States Code, Sections 2261(b)(1)-(3), 2261A(2)(A) and (B), and 2.)

## COUNT THREE
### (Conspiracy to Destroy Records)

The Grand Jury further charges:

3.    From at least in or about December 2023 until at least in or about September 2024, in the Southern District of New York and elsewhere, DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," KARL SMITH, a/k/a "Pacavell," CHELSEY HARRIS, a/k/a "Ms. Chinn," and JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other, to violate Title 18, United States Code, Section 1519.

4.    It was a part and an object of the conspiracy that DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," KARL SMITH, a/k/a "Pacavell," and CHELSEY HARRIS, a/k/a "Ms. Chinn," and JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendants, would and did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, MCBEAN, SMITH, HARRIS, and BARTHOLOMEW conspired to destroy evidence of their participation in a conspiracy to murder, intimidate, injure, and harass Victim-1 as charged in Counts One and Two of this Indictment, including by destroying a cellphone in

MCBEAN's possession, deleting text messages on a cellphone in HARRIS's possession, and remotely erasing the data on a cellphone in BARTHOLOMEW's possession.

Overt Acts

5. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, was committed in the Southern District of New York and elsewhere:

    a. On or about December 27, 2023, CHELSEY HARRIS, a/k/a "Ms. Chinn," the defendant, sent a message to DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," and KARL SMITH, a/k/a "Pacavell," the defendants, encouraging MCBEAN and SMITH to delete their electronic communications, which message HARRIS attempted to delete.

    b. On or about December 29, 2023, MCBEAN attempted to destroy a cellphone in his possession while he was detained at the Metropolitan Detention Center – Brooklyn awaiting disposition of another federal criminal case.

    c. On or about July 25, 2024, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, attempted to remotely erase the data on a cellphone that had been seized by law enforcement pursuant to a court-authorized search warrant.

(Title 18, United States Code, Section 371.)

## COUNT FOUR
**(Falsification or Destruction of Records)**

The Grand Jury further charges:

6. On or about July 25, 2024, in the Southern District of New York and elsewhere, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the

investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, BARTHOLOMEW attempted to remotely erase the data on a cellphone that had been seized by law enforcement pursuant to a court-authorized search warrant, with the intent to impede, obstruct, and influence an investigation by the United States Attorney's Office for the Southern District of New York.

(Title 18, United States Code, Sections 1519 and 2.)

## COUNT FIVE
### (Obstruction of Justice)

The Grand Jury further charges:

7.     From at least in or about December 2023 through at least in or about December 2024, in the Southern District of New York and elsewhere, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, corruptly altered, destroyed, mutilated, and concealed a record, document, and other object, and attempted to do so, with the intent to impair the object's integrity and availability for use in an official proceeding, and otherwise obstructed, influenced, and impeded an official proceeding, and attempted to do so, to wit, BARTHOLOMEW attempted to remotely erase the data on a cellphone that had been seized by law enforcement pursuant to a court-authorized search warrant and refused to produce documents and records in BARTHOLOMEW's possession that were the subject of a federal grand jury subpoena, with the intent to obstruct, influence, and impede the federal investigation of the conspiracy to murder, intimidate, and harass Victim-1 as charged in Counts One and Two of this Indictment.

(Title 18, United States Code, Sections 1512(c)(1) and (2), and 2.)

**SPECIAL FINDINGS REGARDING THE MURDER OF CLARISA BURGOS**

8. Count One of this Indictment is realleged and incorporated by reference as though fully set forth herein. As to the murder of Clarisa Burgos alleged in Count One, DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," the defendant:

    a. was eighteen years of age or older at the time of the offense;

    b. intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2)(C));

    c. in the commission of the offense, and in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (Title 18, United States Code, Section 3592(c)(5));

    d. procured the commission of the offense by payment, and promise of payment, of a thing of pecuniary value (Title 18, United States Code, Section 3592(c)(7)); and

    e. committed the offense after substantial planning and premeditation to cause the death of a person (Title 18, United States Code, Section 3592(c)(9)).

**FORFEITURE ALLEGATIONS**

9. As a result of committing the offenses alleged in Counts One and Three of this Indictment, DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," KARL SMITH, a/k/a "Pacavell," and CHELSEY HARRIS, a/k/a "Ms. Chinn," the defendants, and as a result of committing the offenses alleged in Counts Three, Four, and Five of this Indictment, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)



FOREPERSON

JAY CLAYTON
United States Attorney