UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           -v-

CHELSEY HARRIS,

           Defendant.

24-CR-541-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Defendant Chelsey Harris having waived Indictment in open Court before Judge Paul A. Engelmayer on June 26, 2025, IT IS HEREBY ORDERED that the Clerk of Court is directed to file the S4 Information on the docket of this case.

    SO ORDERED.

                                                        _____
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: July 10, 2025
       New York, New York