UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CHELSEY HARRIS,

Defendant.

24-CR-541-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from the Government, dated October 15, 2025 and filed under seal, asking the Court to promptly schedule a *Curcio* hearing for defendant Chelsey Harris, in light of potential conflicts affecting her counsel, Stacey Richman. Based on the Government's representations, such a hearing is necessary and is properly scheduled with dispatch. The Court understands from Government counsel that Ms. Richman is out of the country until Saturday, October 25, 2025. The Court accordingly orders as follows.

1. By **Monday, October 27, 2025**, Ms. Richman is to file a sworn declaration responding to each of Questions 1 through 7 listed on Exhibit A to the Government's letter of October 15. In response to Question 2, to the extent the answer is "yes," Ms. Richman, is directed to specify when and how she first became aware that any co-defendant of Ms. Harris's had been responsible, directly or indirectly, for paying any of her fees in this case. Ms. Richman's declaration is to be filed under seal with copies emailed to the Court and Government counsel. To the extent that Ms. Richman's responses to any question reveal attorney-client communications, Ms. Richman is authorized, in the declaration as furnished to the Government, to redact the portion(s) of those responses that reveal such communications.

2. The Court schedules a *Curcio* hearing for **Thursday, October 30, 2025, at 3 p.m.**, in courtroom 1305 of the Thurgood Marshall United States Courthouse. The Court directs Ms. Richman, in advance of that hearing, to discuss, with thoroughness, the potential conflict of interest with Ms. Harris. The Court will appoint a CJA duty attorney as independent counsel for Ms. Harris and arrange for that attorney to be present at the conference. That attorney will be available for Ms. Harris to consult with after the hearing, on the issue of whether to waive any potential conflict presented by Ms. Richman's representation. The Court, through inquiry by its deputy with the Government, will confirm that the independent counsel whom it appoints is not conflicted from serving as independent counsel to Ms. Harris.

3. Ms. Harris's sentencing is presently scheduled for November 6, 2025. The Court understands from the Government that Ms. Richman requests that that date be maintained. For the time being, the Court maintains the sentencing date and all filing deadlines relating to Ms. Harris's sentencing. However, given the likely need for a follow-on *Curcio* hearing after the October 30, 2025 hearing—and the potential need for Ms. Harris, if waiving a potential conflict, to reaffirm her guilty plea—the Court regards it as likely that an adjournment of the sentencing date will become necessary. The Court will take up that issue at the October 30, 2025 hearing.

4. It is unclear to the Court why the Government's letter of October 15, 2025, requires wholesale filing under seal, as the Government suggests in footnote 1 is necessary, as opposed to being publicly filed with redactions. The Court directs the Government to assess anew whether there is the need for wholesale filing under seal. The Court further directs the Government to file a letter setting out its views on this point, due

**October 20, 2025**. The letter should also address whether (1) in light of its request for sealing of its letter, the Government intends to move for sealing of the courtroom during the *Curcio* hearing(s); (2) this Order of the Court may be filed publicly; and (3) the independent counsel whom the Court appoints may file a notice of appearance on the publicly accessible docket of this case.

5. The Court is filing this order under seal, pending receipt of the Government's letter on this point, and furnishing this order by email to Government counsel and Ms. Richman.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2025
       New York, New York