UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                    -v-                                       :        24-CR-541-01 (PAE)
                                                              :
CHELSEY HARRIS,                                               :        REVISED
                                                              :        SCHEDULING ORDER
                              Defendant.                      :
                                                              :
-------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

     IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for

**November 14, 2025**, is adjourned to **December 4, 2025,** at **2:30 p.m.** in **Courtroom 1305** of the

Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.


     SO ORDERED.


Dated: November 10, 2025                    Paul A. Engelmayer
       New York, New York                   United States District Judge